No. 40547.—Protests 277052-G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel liquor sets, jugs and glasses, incense burners, flacons, boxes, atomizers, photo frames, tantalus set, bottles, and trays chiefly used on the table or in the household for utilitarian purposes and flasks which are hollow ware were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857) and *Rice* v. *United States* (T. D. 49373) cited. Toilet sets similar to those the subject of Abstract 8950 were held dutiable as follows, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.

No. 40548.—Protest 902647-G/86655 of Automatic Electric Co. (Chicago).

Opinion by DALLINGER, J. It was stipulated that the brass frames and steel screws in question are used in the installation and construction of an electric telephone switchboard of which they become an integral part. The claim under paragraph 353 was therefore sustained.

BEFORE THE THIRD DIVISION, JANUARY 27, 1939

No. 40549.—Protests 716838-G, etc., of Amtorg Trading Corp. (New York).

Opinion by CLINE, J. It was found from the weight of evidence that a tag with the proper marking legend was securely attached to the burlap in each bag containing the potato flour or starch in question. The protests were therefore sustained. *United States* v. *Monteverde* (C. A. D. 2) distinguished. *American Hatters* v. *United States* (C. D. 31) followed.

No. 40550.—Protest 947981-G of Stevenson Bros. & Co. (Philadelphia).

Opinion by CLINE, J. The question at issue here is whether the drums made in the United States should have been marked to show the country of origin of the contents thereof, which was mineral oil imported from Canada. On the authority of *Sheldon* v. *United States* (23 C. C. P. A. 168, T. D. 48013) and *Zanes* v. *United States* (T. D. 49553) the protest was overruled.